UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT KESSLER,<br><br>    Plaintiff,<br><br>-vs-<br><br>LUCKY LIQUOR, et al.,<br><br>    Defendants. | Cause No. 2:21-cv-0041RSL- TLF<br><br>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE |

Plaintiff, Robert Kessler, and all Defendants in this matter by and through their respective undersigned counsel, hereby file this Joint Stipulation of Dismissal to dismiss with prejudice pursuant to the parties' settlement agreement and LCR 7(d)(1).

**IT IS SO ORDERED**, this matter shall be Dismissed with prejudice.

Dated this 13th day of December, 2021.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge